2

RANDELL PARKER
3820 Herring Road
Arvin, CA   93203
(661)854-1503

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No: 09-62323-B-7K |
| | DC NO.  RP-2 |
| | |
| | Date:   September 2, 2010 |
| KENNETH DAVID WILLIAMS and | Time:   10:00 a.m. |
| CHRISTINE MARIE WILLIAMS, | Place:  U. S. Bankruptcy Court |
| Debtors | 1300 18th Street, Suite A |
| _____/ | Bakersfield, CA |
| | Judge: W. Richard Lee |

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

Randell Parker, Chapter 7 Trustee in the above captioned case ("Trustee") respectfully moves the Court for an order authorizing sale of personal property of the estate. The Trustee seeks to sell the bankruptcy estate's interest in office equipment, business inventory, and a flatbed trailer for $7,500.00.

JURISDICTION

1. Kenneth David Williams and Christine Marie Williams ("Debtors") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on December 18, 2009, and Randell Parker was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over the issues raised in this matter under the above referenced case, name and number pursuant to 28 U.S.C. §1334 and 157 and the general Order of Reference to Bankruptcy Courts.

3. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A) and (N).

4. Venue is properly in this Court pursuant to 28 U.S.C. §1409 (A) by virtue of this case pending before this Court.

5. The motion is made pursuant to 11 U.S.C. §363 (b), (d) and (f).

FACTUAL BACKGROUND/TERMS OF SALE

1. Kenneth David Williams and Christine Marie Williams ("Debtors") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on December 18, 2009, and Randell Parker was appointed Chapter 7 Trustee.

2. Trustee accepted debtors' offer of $7,500.00 for office equipment, business inventory, and a flatbed trailer.

3. The Trustee considered the costs of taking possession of the assets, costs associated with a public sale and the risk of receiving a lesser amount, in determining that the offer is fair.

4. Debtors have made regular payments to the Trustee totaling $6,750, with a final payment of $750.00 due in August.

5. Trustee being informed that there are no significant tax consequences to the sale, believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee prays that after appropriate Notice and Motion to be heard, that he be authorized to sell the above described office equipment, business inventory, and a flatbed trailer Kenneth David Williams and Christine Marie Williams for $7,500.

**DATED: July 28, 2010**         /s/ Randell Parker
                                 Randell Parker
                                 Chapter 7 Trustee
                                 3820 Herring Road
                                 Arvin, CA   93203